## AARON et al. v. AMERICAN NAT. BANK.

No. 7375—Opinion Filed July 25, 1916.

(159 Pac. 246.)

### Appeal and Error—Assignment of Error— Ruling on Motion for New Trial.

Errors occurring during the trial cannot be considered by the Supreme Court unless the ruling of the trial court on the motion for a new trial is assigned as error.

(Syllabus by Brunson, C.)

Error from District Court, Osage County: R. H. Hudson, Judge.

Action by the American National Bank against W. H. Aaron and another on a promissory note. Judgment for plaintiff, and defendants bring error. Dismissed.

Templeton & Tillman, for plaintiffs in error.

Robert Stuart and A. M. Widdows, for defendant in error. .

Opinion by BRUNSON, C. This court has repeatedly held that errors occurring during the trial cannot be considered unless motion for a new trial has been made by the complaining party, and acted upon by the trial court, and its rulings assigned as error in

the Supreme Court. Avery v. Hays, 44 Okla. 71. 144 Pac. 624; Kee v. Park et al., 32 Okla. 302, 122 Pac. 712; Stinchcomb v. Myers, 28 Okla. 597, 115 Pac. 602; St. Louis & S. F. R. Co. v. Leake et al., 34 Okla. 77, 123 Pac. 1125. The plaintiffs in error, defendants below, have not assigned as error the ruling of the court upon the motion for a new trial, and therefore we cannot consider the errors alleged to have occurred during the trial. The only errors complained of are those occurring upon the trial. The appeal is therefore dismissed.

By the Court: It is so ordered.